444

## Theodore O. Umbright, Appellee, v. Ludwik Czajkowski et al., Appellants.

Gen. No. 42,033.

Heard in second division, first district, this court at October term, 1941; opinion filed June 19, 1942; rehearing opinion filed November 17, 1942. Albert E. Lake, for appellants; Howard E. DeLong, for appellee; E. C. F. Meier and Hyland J. Paullin, of counsel. Opinion by JUSTICE FRIEND. "Not to be published in full."